■ DOREEN MAURER et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 86266.) [609 NYS2d 867] —Appeal from an order of the Court of Claims (Hanifin, J.), entered April 6, 1993, which dismissed the claim.

Order affirmed, upon the opinion of Judge Jerome F. Hanifin.

Cardona, P. J., Mercure, Casey, Weiss and Yesawich Jr., JJ., concur. Ordered that the order is affirmed, without costs.